IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMAS PEREZ,

        Plaintiff,        CV F 06 1022 OWW WMW PC

   vs.                ORDER RE MOTION (DOC 8)

A. K. SCRIBNER, et al.,

        Defendants.

    Plaintiff has filed a motion to compel discovery and for the issuance of a protective order. Until such time as Defendants have filed an answer and a discovery order is entered, no discovery may be had by any party.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for discovery is denied.

IT IS SO ORDERED.

**Dated:   March 6, 2008**                  /s/  William M. Wunderlich
                                                UNITED STATES MAGISTRATE JUDGE